# NO. 12-16-00255-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *J.F.S. JR.,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

On September 13, 2016, Relator filed an original mandamus proceeding complaining of the trial court's July 25, 2016 order requiring genetic testing. On November 30, 2016, this Court conditionally granted Relator's petition and directed Respondent to vacate her order for genetic testing. By an order signed on December 8, 2016, Respondent has complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we ***dismiss*** Relator's petition for writ of mandamus as ***moot***.

Opinion delivered December 16, 2016.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 16, 2016**

**NO. 12-16-00255-CV**

**J.F.S. JR.,**
Relator
v.
**HON. LORI CHRISMAN HOCKETT**,
Respondent

Appeal from the 354th District Court

of Rains County, Texas (Tr.Ct.No. 9986)

ON THIS DAY came to be heard the petition for writ of mandamus filed by **J.F.S. JR.**; who is the Relator in Cause No. 9986, pending on the docket of the 354th Judicial District Court of Rains County, Texas.  Said petition for writ of mandamus having been filed herein on September 13, 2016, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*